Abel Acosta     5-5-16     WR-84,658-01

Im Writing In Regards To Tr. Ct. No. 2012-1940-c2c     WR-84,658-01.

I Received Your Post Card Dated 4-27-16 On 5-4-16.

Im Entitled To A Petition For Discretionary Review With In 30 Days Of my Denial Of Writ.

I'd Like You To File A Petition For Discretionary Review For Me Please.

Also I'd Like To Know The Grounds On Which My Writ Of Habeas Art 11.07 Was Denied On.

I Would Greatly Appreciate A Responce In The Next 5 Business Days Please
              Thank You

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 13 2016

Abel Acosta. Clerk

Pro Se
Charles R Blake 1900406

Charles R Blake 1900406
Neal Unit
9055 Spur 591
Amarillo TX 79107

Sincerely
Charles